**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff,*<br><br>vs.<br><br>WELLABE SERVICES COMPANY, INSURE OMNI, LLC, DAVID J KEITH, ERIC T NEMMERS, DAISY SANTOS, and REGINALD BAGGS,<br><br>*Defendants*. | Case No. 1:26-cv-01316<br><br>Judge Steven C. Seeger |

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

Plaintiff, Jorge Alejandro Rojas, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), voluntarily dismisses this action, with prejudice, as to all Defendants.

Respectfully Submitted,

Dated: April 16, 2026

*<u>/s/ Jorge Alejandro Rojas</u>*

Jorge Alejandro Rojas
557 Cambridge Way
Bolingbrook, IL 60440
Rojas.jorge96@gmail.com
424-219-1582
Plaintiff in *Pro Se*

**<u>CERTIFICATE OF SERVICE</u>**

Plaintiff will send a copy of this filing via email to Defendants, consent to do so which was obtained in writing.

*<u>/s/ Jorge Alejandro Rojas</u>*